| | |
|---|---|
| 1  GARY M. RESTAINO<br>   United States Attorney<br>2  District of Arizona<br>   TANYA MILLER<br>3  Assistant U.S. Attorney<br>   United States Courthouse<br>4  405 W. Congress Street, Suite 4800<br>   Tucson, Arizona 85701<br>5  Telephone: 520-620-7300<br>   Email: tanya.miller@usdoj.gov<br>6  Attorneys for Plaintiff | FILED<br>2024 JUL -2 AM 11:22<br>CLERK US DISTRICT COURT<br>DISTRICT OF ARIZONA |

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| United States of America,<br><br>  Plaintiff,<br><br>vs.<br><br>Jorge Navarro-Porto,<br><br>  Defendant. | CR24-04003 TUC-JGZ(EJM)<br><br>**I N D I C T M E N T**<br><br>Violations:<br>21 U.S.C. § 846<br>(Conspiracy to Possess with Intent to Distribute Fentanyl and Fluorofentanyl)<br>Count 1<br><br>21 U.S.C. §§ 841(a)(1) and 841(b)(1)(C)<br>(Possession with Intent to Distribute Fentanyl)<br>Count 2<br><br>21 U.S.C. §§ 841(a)(1) and 841(b)(1)(C)<br>(Possession with Intent to Distribute Fluorofentanyl)<br>Count 3 |

**THE GRAND JURY CHARGES:**

## COUNT 1

Beginning at a time unknown, to on or about June 9, 2024, in the District of Arizona, JORGE NAVARRO-PORTO did knowingly and intentionally combine, conspire, confederate and agree with persons known and unknown to the grand jury, to possess with intent to distribute a quantity of a mixture or substance containing a detectable amount of

fentanyl, a Schedule II controlled substance, in violation of Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(C); and a quantity of a mixture or substance containing a detectable amount of fluorofentanyl, a Schedule I controlled substance, in violation of Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(C).

All in violation of Title 21, United States Code, Section 846.

**COUNT 2**

On or about June 9, 2024, in the District of Arizona, JORGE NAVARRO-PORTO did knowingly and intentionally possess with intent to distribute a quantity of a mixture or substance containing a detectable amount of fentanyl, a Schedule II controlled substance; in violation of Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(C).

**COUNT 3**

On or about June 9, 2024, in the District of Arizona, JORGE NAVARRO-PORTO did knowingly and intentionally possess with intent to distribute a quantity of a mixture or substance containing a detectable amount of fluorofentanyl, a Schedule I controlled substance; in violation of Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(C).

A TRUE BILL

/ S /

FOREPERSON OF THE GRAND JURY
Date: July 2, 2024

GARY M. RESTAINO
United States Attorney
District of Arizona

/ S /

TANYA MILLER
Assistant U.S. Attorney